IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) CRIM. NO. 21-21-mj-00626
)
PHILIP C VOGEL II )
)

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Administrative Order 20-mc-466, this Court finds:

**X** That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

**X** Video Teleconferencing

____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

____ Other:

Date: 3/19/2021

_____
United States Magistrate Judge